AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ROCIO TELLO,
Plaintiff,

V.

WILSHIRE CREDIT CORPORATION,
Defendant.

CASE NUMBER: **08 C 1525**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE MANNING
MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

WILSHIRE CREDIT CORPORATION
c/o Registered Agent
Illinois Corporation Service Co.
801 Adlai Stevenson Dr.
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

March 14, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 3/19/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Robert H. Oney, Jr. | Process Server, P.I. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Corp. Service to: IL. Corp. Service Comp.
101 Adlai Stevenson Dr.
Spfld., IL. 62703
(Reg. Agent)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/19/08
Date

Signature of Server

1032 So Second St.
Spfld., IL. 62704
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Courthouse Courier**
Private Process Service
A division of Bill Clutter Investigations, Inc.
IL Private Detective Agency Lic. #117-001206

Caption _TELLO v. WILSHIRE CREDIT CORP._

Case #: _08 C 1525_

## AFFIDAVIT OF SERVICE

I, **Robert H. Oney, Jr.**, being first duly sworn on oath, states that I am over 18 years of age and not a party to this suit, and am a registered employee of **Bill Clutter Investigations, Inc.**, a private detective agency [Lic. #117-001206] under the Private Detective and Security Act of 1993.

That I made service of process by delivering:

- [X] Summons and Complaint
- [ ] Subpoena
- [ ] Notice of Hearing
- [ ] Rule to Show Cause
- [ ] Citation to Discover Assets
- [ ] Forcible Entry and Detainer
- [ ] Other: _____

DATE AND TIME OF SERVICE:
_3/19_ 20_08_ _2:00_ am/**pm**

LOCATION/ADDRESS DELIVERED:
_801 Adlai Stevenson Dr._
_Spfld., IL 62703_

That I personally handed the above-described documents to:
_HOLLY BLANKENSHIP - IL_
_CORP. SERVICE CO. AS REG. AGENT_

PHYSICAL DESCRIPTION:
Ht. _5'6"_   Wt. _140#_
Race _W_   Age _30's_
Male ___   Female _X_

That I made the following type of service:

____ Personal service on the defendant/witness/ or named party.

____ Alternate service by handing copies of the above-described documents to the defendant's usual place of abode with a person of the family, or a person residing there, of the age of 13 years or older, and informing that Person of the contents thereof, and by mailing a copy of the summons in a sealed envelope with postage fully pre-paid, addressed to the defendant at his or her usual place of abode.

[X] Service of a corporate defendant by leaving the above-described documents with the registered agent, officer or agent defendant corporation.

____ Person not found

Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct:

Agent: Robert H. Oney, Jr. (129-289533)

|  | Date/Time | Mileage | Agent's Time |  |
|---|---|---|---|---|
| First service attempt: | 3/19-2:00pm |  |  | Total |
| 2nd attempt: |  |  |  | Miles: |
| 3rd attempt: |  |  |  | Time: |
| 4th attempt: |  |  |  | Fee: |

1032 South Second Street Springfield, IL 62704 (217) 528-5997