IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROCIO TELLO, | ) | |
| | ) | 08 C 1525 |
| Plaintiff, | ) | Judge Manning |
| | ) | Magistrate Judge Nolan |
| vs. | ) | |
| | ) | |
| WILSHIRE CREDIT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SETTLEMENT

Plaintiff Rocio Tello, through her attorneys Edelman, Combs, Latturner & Goodwin, LLC, hereby informs this Court that the parties have reached a settlement which will resolve this entire matter. Plaintiff expects to complete the settlement and file a Rule 41 Stipulation for Dismissal within the next thirty days.

                    Respectfully submitted,

                    s/ Cassandra P. Miller
                    Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Cassandra P. Miller, hereby certify that on April 9, 2008, a copy of the foregoing document was filed electronically using the Court's CM/ECF system and served by facsimile and Certified U.S. Mail to:

Steve Bonfiglio
Wilshire Credit Corporation
Assistant Vice President, In-House Counsel
P.O. Box 8517
Portland, OR 97207-8517
(Attorney for Defendant)

                                                  s/ Cassandra P. Miller
                                                  Cassandra P. Miller


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER
& GOODWIN LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)