IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROCIO TELLO, | ) | |
| | ) | 08 C 1525 |
| Plaintiff, | ) | Judge Manning |
| | ) | Magistrate Judge Nolan |
| vs. | ) | |
| | ) | |
| WILSHIRE CREDIT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DISMISSAL

Pursuant to FED. R. CIV. P. 41(a)(1)(i), plaintiff hereby gives notice that the above-entitled case should be dismissed with prejudice and without costs; and respectfully requests that the Court enter an order to that effect.

Respectfully submitted,

s/Cassandra P. Miller
Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Cassandra P. Miller, hereby certify that on May 7, 2008, a copy of the foregoing document was filed electronically using the Court's CM/ECF system and served by facsimile and Certified U.S. Mail to:

Steve Bonfiglio
Wilshire Credit Corporation
Assistant Vice President, In-House Counsel
P.O. Box 8517
Portland, OR 97207-8517
503-952-7476 (FAX)
(Attorney for Defendant)

                                                    s/ Cassandra P. Miller
                                                    Cassandra P. Miller


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER
& GOODWIN LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)